IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOURDES LLARENA,

    Plaintiff,

v.                                              CASE NO. 4:06-cv-00172-MP-AK

CECIL SEAY,
et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Plaintiff's complaint be dismissed without service as frivolous and for failure to state a claim upon which relief may be granted. The time for filing objections has passed and none have been filed. The Court agrees that the Complaint is incomprehensible and should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1).

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *21st* day of December, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge